**GRANTED**

*Susan Illston*
Judge Susan Illston

1  KENNETH H. LEWIS, SBN 71672
   633 West Fifth Street, 26th Floor
2  Los Angeles, CA 90071
   (213) 624-4904/ Fax: 213-623-7301
3  E-Mail: kenhlewis@aol.com

4  ATTORNEY FOR PLAINTIFF SNOWDEN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNELL SNOWDEN | ) | (PR) CV 12 3983 SI |
| Plaintiff/Petitioner | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEY |
| R.J. RACKLEY, WARDEN (A) | ) | |

DEFENDANT/PETITIONER DARNELL SNOWDEN, CURRENTLY IN PRO PER, HEREBY SUBSTITUTES ATTORNEY KENNETH H. LEWIS, 633 WEST SIXTH STREET, 26TH FLOOR, LOS ANGELES, CALIFORNIA 90071 AS ATTORNEY OF RECORD IN PLACE OF HIMSELF AS COUNSEL OF RECORD.

DATED: April 18, 2014

X _____
DEFENDANT DARNELL SNOWDEN

I consent to the above substitution.

DATED: April 18, 2014

X _____
PRESENT ATTORNEY, DARNELL
SNOWDEN, IN PRO PER

Above substitution accepted.

DATED: April 15, 2014

_____
KENNETH LEWIS, NEW ATTORNEY