IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARNELL SNOWDEN,

       Petitioner,

  v.

R.J. RACKLEY,

       Respondent.

_____/

No. C 12-03983 SI

**ORDER CONSTRUING DOCKET NO. 20
AS NOTICE OF APPEAL AND DENYING
WITHOUT PREJUDICE PETITIONER'S
MOTION FOR EXTENSION OF TIME**

    The Court has received several *pro se* filings from petitioner, including an application for an extension of time to file a motion for a certificate of appealability in the Ninth Circuit Court of Appeals. The Court construes the filings found at Docket No. 20 as a Notice of Appeal of the August 11, 2014 judgment. The Court DENIES the application for extension of time WITHOUT PREJUDICE to petitioner seeking an extension from the Ninth Circuit.

    **IT IS SO ORDERED.**

Dated: September 29, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE